No. 00–9643.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–9648.  POTTS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9651.  COOK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9658.  RAINES *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–9663.  LATHON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–9665.  MELI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–9667.  WILLIAMS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–9670.  REYES-LUGO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–9671.  RAMOS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 00–9674.  MORALES-ESCOBEDO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9684.  LUNA-ALMARAZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–9688.  QUINONES-MONDRAGON *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 00–9689.  LOCASCIO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–9692.  PINA-CLIVILLE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–9694.  ENCARNACION *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.